PHILLIP A. TALBERT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHLA NIKNIA, <br><br> Plaintiff, <br> v. <br> UNITED STATES OF AMERICA, <br><br> Defendant. | No.  2:21-cv-1048 MCE DB <br><br> STIPULATION AND ORDER FOR MEDICAL EXAMINATIONS PER FEDERAL RULE OF CIVIL PROCEDURE 35 |

     Plaintiff Shahla Niknia and Defendant the United States, through counsel, respectfully submit this stipulation and proposed order for Medical Examinations under Federal Rule of Civil Procedure 35.  Plaintiff Shahla Niknia alleges she sustained wrist and hip injuries from a low speed auto versus pedestrian accident that is at issue in this case.  Plaintiff claims her injuries have not fully resolved.  The United States seeks to evaluate Plaintiff's claims.

     Accordingly, the parties hereby stipulate that Plaintiff Shahla Niknia will submit to a Medical Examination by Neurosurgeon Peter Sfakianos, M.D. on November 1, 2022, at 8:30 a.m., followed by a Medical Examination by Physiatrist, D. Michael Hembd, M.D., the same day (November 1, 2022) at 10:00 a.m., with both examinations occurring at 83 Scripps Drive, Suite 110, Sacramento, CA 95825.  The United States reserves the right to videotape the exams.  Counsel can send someone from their office to attend the examinations if desired.  The parties further stipulate that the United States does not have to provide any IME reports unless and until the United States identifies who it

will use at trial of this case and makes it expert disclosure per the court's scheduling order in this case.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  October 17, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | By: */s/ Kelli L. Taylor*<br>KELLI L. TAYLOR<br>Assistant United States Attorney<br>Attorneys for Defendant<br>United States of America |
| Dated:  October 17, 2022 | CAMARENA LAW OFFICE, APC |
| | By: */s/ Ignascio G. Camarena* (Auth. 10/17/2022)<br>IGNASCIO G. CAMARENA<br>Attorneys for Plaintiff<br>Shahla Niknia |

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Plaintiff Shahla Niknia shall submit to Medical Examinations by Peter Sfakianos, M.D. on November 1, 2022, at 8:30 a.m., followed by a Medical Examination by Michael Hembd, M.D., the same day (November 1, 2022) at 10:00 a.m., at 83 Scripps Drive, Suite 110, Sacramento, CA 95825.  It is further ordered that the United States does not have to provide any IME reports unless and until the United States identifies who it will use at trial of this case and makes it expert disclosure per the court's scheduling order in this case.

DATED: October 20, 2022                                            /s/ DEBORAH BARNES
                                                                                       UNITED STATES MAGISTRATE JUDGE