PHILLIP A. TALBERT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHLA NIKNIA,<br><br>                              Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br><br>                              Defendant. | No.  2:21-cv-1048 MCE DB<br><br>STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE |

Plaintiff Shahla Niknia and the United States, through counsel, hereby stipulate to participating in a settlement conference with the Honorable Carolyn K. Delaney on December 9, 2022, starting at 9:30 a.m. via Zoom.  Counsel herein have cleared the date with Judge Delaney's chambers, who will confirm it upon receipt of the referral and approval of this court. Confidential settlement briefs shall be submitted to chambers by December 2, 2022.

IT IS SO STIPULATED.

Dated:  October 17, 2022                              PHILLIP A. TALBERT
                                                                      United States Attorney

                                                              By:    /s/ Kelli L. Taylor
                                                                      KELLI L. TAYLOR
                                                                      Assistant United States Attorney
                                                                      Attorneys for Defendant
                                                                      United States of America

Stipulation and Order For Settlement Conference
*Niknia v. United States*, 2:21-cv-1048 MCE DB

1

Dated:  October 17, 2022							CAMARENA LAW OFFICE, APC

							By:	*/s/ Ignascio G. Camarena* (Auth. 10/17/2022)
								IGNASCIO G. CAMARENA
								Attorneys for Plaintiff
								Shahla Niknia

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter is set for a settlement conference with the Honorable Carolyn K. Delaney on December 9, 2022, starting at 9:30 a.m., via Zoom.  Should a conflict arise with that date, the parties can coordinate a new date with Judge Delaney's chambers without seeking a new order from this Court.  Confidential settlement briefs shall be submitted to chambers by December 2, 2022.  This order does not affect any dates set forth in the Court's Initial Scheduling Order (ECF 3).

DATED: October 20, 2022					/s/ DEBORAH BARNES
								UNITED STATES MAGISTRATE JUDGE

Stipulation and Order For Settlement Conference
*Niknia v. United States*, 2:21-cv-1048 MCE DB